### 3739.  BAKER v. GASKINS.

POTTLE, J.  1. A certified copy from the tax digest is admissible to show
what property has been returned by a taxpayer for taxation.
2. The circumstances proved were sufficient to authorize a verdict finding
the property subject to the execution.          *Judgment affirmed.*
DECIDED MARCH 6, 1912.

Levy and claim; from city court of Nashville—Judge Buie.  August 25, 1911.

*J. W. Powell,* for plaintiff in error.

*Alexander & Gary,* contra.